State ex rel. v. Harber.

STATE *ex rel.* ATTORNEY-GENERAL v. HARBER *et al.*

In Banc, March 16, 1897.

**Appellate Practice:** DISBARMENT OF ATTORNEYS: RE-INSTATEMENT.
The court *in banc* on motion re-instate two members of the bar who had been removed from practice by the judgment in 129 Mo. 271.

*On Motion for Re-Instatement.*

*John P. Butler* for the motion.

PER CURIAM (BARCLAY, C. J., and GANTT, MACFAR-LANE, SHERWOOD, and BRACE, JJ.)—Messrs. Harber & Knight, who were defendants in the above entitled cause, reported, 129 Mo. 271 (31 S. W. Rep. 889) have applied to be re-instated as members of the bar of the Supreme Court. Their motion to that end is approved and supported by the recommendations of the present attorney-general and of Judges BROADDUS, ELLISON, RUCKER, and STEPP, who preside on the circuit bench in the part of the State where defendants reside. The applicants promise to faithfully demean themselves as members of the bar; and, the court having duly considered the application and being satisfied that no substantial demand of justice would be subserved by any further punishment in said cause, it is ordered that the said application be granted and that defendants be now re-instated as members of the bar of the Supreme Court, all the judges concurring, except BURGESS, J., not sitting, and ROBINSON, J., absent.